

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00052-CV

| | | |
|---|---|---|
| MUQTASID ABDUL QADIR, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (187,261-B) |
| V. | | |
| | § | December 20, 2018 |
| MALCOM WISE, JUSTIN WILLIS, ARLENE FRANCO, CODY MILLER, AND MOHAMED SARHANI, Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel